| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>  U.S. MAGISTRATE JUDGE | DATE: 6/20/2012<br>TIME:  2:00 PM |

CASE:  **CV 08-2759 (DRH) (GRB)** Solnin v. Sun Life and Health Insurance Company, et al.

TYPE OF CONFERENCE: Status Conference

APPEARANCES:    Scott Reimer

  Joshua Bachrach

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ Settlement conference scheduled for __ in courtroom 840 of the Long Island Courthouse.

  ☐ Clients or persons with full settlement authority must attend in person.

  ☐ Prior to the conference, each party shall fax a brief, 1-2 page *ex parte* settlement position statement to chambers at (631) 712-5705.  These statements must specify the terms on which the party is willing to settle the case, whether those terms are negotiable, and an explanation of that position.  As these statements will be treated as confidential and will not be docketed, they should include a realistic statement of the party's settlement position.

☐ Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5705 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒ Other:  To the extent plaintiff is in possession of records regarding the mortgage and businesses, those records are to be turned over within 45 days. Dft is to turn over video surveillance tapes to plaintiff in the same amount of time.  Plaintiff is to turn over updated medical records within 45 days.  Dft is granted permission to take IME of plaintiff by August 31, 2012.  Discovery will be closed by September 15, 2012.

  SO ORDERED

   /s/ Gary R. Brown
  GARY R. BROWN
  United States Magistrate Judge